**No. 59799.**—Kaufmann Department Stores et al. *v.* United States, protests 170687–K, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.